OPINION — AG — WATCHERS (ANNUAL SCHOOL ELECTION) ARE NOT AUTHORIZED IN AN ANNUAL SCHOOL DISTRICT ELECTION SUCH AS MENTIONED BY YOU. CITE: 70 O.S. 1961, 4-7 [70-4-7], 70 O.S. 1961, 4-11 [70-4-11], 70 O.S. 1971, 4-12 [70-4-12], 19 O.S. 1961 27 [19-27], 19 O.S. 1961 90 [19-90], 26 O.S. 1961 57 [26-57], 26 O.S. 1961 369 [26-369], 26 O.S. 1971 374 [26-374], 26 O.S. 1961 555 [26-555] (FRED HANSEN)